UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mary Elizabeth Crowley,  Civil 06-4849 JMR/FLN

    Plaintiff,

v.  O R D E R

Honorable R. James Nicholson,
Secretary of Department of Veterans
Affairs,

    Defendant.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 3, 2007, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this case is dismissed for lack of prosecution.

DATED: May 24, 2007.      s/James M. Rosenbaum
at Minneapolis, Minnesota     CHIEF JUDGE JAMES M. ROSENBAUM
        United States District Court